AO 245 S (Rev. 4/95) Sheet 2 - Imprisonment

Defendant: **MARK BROWN**
Case Number: CR **96-80064-04**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **131 months**, to be served concurrently to the defendant's undischarged term of imprisonment.

- The defendant is remanded to the custody of the United States Marshal.



FILED
FEB - 8 2006
CLERK'S OFFICE
DETROIT

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on 10-18-05 to FCI Elkton , with a certified copy of this Judgment.
at Elkton, OH

T.R. Sniezek, Warden
~~United States Marshal~~

By B. [signature]
Deputy Marshal