✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                    Crim. No.  96-CR-80064-04

BROWN, Mark

On  December 12, 2006,  the above named was placed on supervised release for a period of  five  years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Katherine M. Maidment

United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  17th  day of  October , 20  11  .

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge